UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH O'BRIEN | : | CIVIL ACTION NO.: 3:12CV540 |
| | : | |
| VS. | : | |
| | : | |
| ADAM ABORN, JOSEPH FICACELLI | : | |
| and ROBERT PRONOVOST | : | APRIL 10, 2012 |

## C O M P L A I N T

    1.  This is an action to redress the deprivation of rights secured to the plaintiff by the Constitution and laws of the United States and the State of Connecticut.

    2.  Jurisdiction of this court is invoked under the provisions of Sections 1331, 1343(3) and 1367(a) of Title 28 and Sections 1983 and 1988 of Title 42 of the United States Code.

    3.  The plaintiff is an adult citizen of the United States who resides in Bolton, Connecticut.

    4.  During all times mentioned in this action, the defendants were officers in the Police Department of East Hartford, Connecticut, acting as such. Defendant Pronovost was the on-scene direct supervisor of the defendants Aborn and Ficacelli.  All defendants are sued only in their individual capacities.

5.  During all times mentioned in this Complaint, the defendants were acting under color of law, that is, under color of the constitution, statutes, laws, rules, regulations, customs and usages of the State of Connecticut.

6.  At all times mentioned in this Complaint, the defendants acted jointly and in concert with each other.  Each defendant had the duty and the opportunity to protect the plaintiff from the unlawful actions of the other defendant but each defendant failed and refused to perform such duty, thereby proximately causing the injuries herein complained of.

7.  At or about approximately 11:54 p.m. on or about April 22, 2010, in the vicinity of Ash Street and East River Drive in East Hartford, the defendants Aborn and Ficacelli arrested the plaintiff on charges of disorderly conduct and interfering or resisting.

8.  In the course of the said arrest, the defendants Aborn and Ficacelli repeatedly fired darts from a Taser gun into the plaintiff's body, beat the plaintiff and kicked the plaintiff repeatedly about his body and head, including after the plaintiff was in handcuffs and physically helpless.  Defendant Pronovost was their supervisor at the scene and failed and refused to protect the plaintiff from them although he was able to do so and had a legal obligation to do so.

9. As a result, the plaintiff suffered significant physical injuries and severe emotional distress which continues to the present time.

10. In the manner described above, the defendants subjected the plaintiff to unreasonable force in violation of rights secured to the plaintiff by the Fourth Amendment to the United States Constitution as enforced through Sections 1983 and 1988 of Title 42 of the United States Code.

WHEREFORE, the plaintiff claims judgment against the defendants and each of them, jointly and severally, for compensatory damages, punitive damages, attorney fees and costs.

THE PLAINTIFF

BY: /s/
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203.562.9931
Fax: 203.776.9494
jrw@johnrwilliams.com
His Attorney